Michael L. Baum (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KATRYNA WOLFF; DONALD WILLIAM RUDDELL; JAMES HENERY AMUNDSEN; TONY LABELL HARRISON; MARTIN ADELIDO HERRERA; GLORIA J. JORDAN; PEARLIE MAE MADDOX; DENISE KAY VITAL; WILLIAM GEORGE BOOKER; BOBBI JEAN WOOD; GOLDIE FAYE ANDERSON; JAMES CALDWELL; CHRISTINA and ROBERT BAILEY; PATRICIA ANN JACKSON; WENDY DENESE DANIELS; ARTHUR LEE DAVIS; RONNIE DAVIS; YOLANDA NECOLE JORDAN; SAMUEL EARL SMITH; STEPHEN THOMAS MAGEE; SANDRA JEAN MENDOZA; LISA DENISE SMITH; BEVERLY THURMAN; DAVID J. ADAMCHICK; JOYCE LIGHTLY; LORETTA PRESSLEY; MELODIE REHM; ERICA SHUNOSKI; CARLA TURNER, <br><br>Plaintiffs, <br><br>v. <br><br>ELI LILLY AND COMPANY, an Indiana corporation, <br><br>Defendant. | Case No.: 2:14-cv-03004-WBS-EFB <br><br>Hon. William B. Shubb <br><br>**ORDER CONTINUING INITIAL STATUS CONFERENCE** |

1

[PROPOSED] ORDER

With good cause shown and having considered Plaintiff's *Ex Parte* Motion to Continue Initial Status Conference,

IT IS HEREBY ORDERED that Status (Pretrial Scheduling) Conference is set for **July 20, 2015 at 2:00 p.m.**  A Joint Status Report shall be filed no later than July 6, 20015.

Dated:  April 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE