David E. Stanley (State Bar No. 144025)
dstanley@reedsmith.com
Alexis A. Rochlin (State Bar No. 280634)
arochlin@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile:  +1 213 457 8080

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 202 662 6000

Attorneys for Defendant
Eli Lilly and Company

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KATRYNA WOLFF; DONALD WILLIAM RUDDELL; JAMES HENERY AMUNDSEN; TONY LABELL HARRISON; MARTIN ADELIDO HERRERA; GLORIA J. JORDAN; PEARLIE MAE MADDOX; DENISE KAY VITAL; WILLIAM GEORGE BOOKER; BOBBI JEAN WOOD; GOLDIE FAYE ANDERSON; JAMES CALDWELL; CHRISTINA and ROBERT BAILEY; PATRICIA ANN JACKSON; WENDY DENESE DANIELS; ARTHUR LEE DAVIS; RONNIE DAVIS; YOLANDA NECOLE JORDAN; SAMUEL EARL SMITH; STEPHEN THOMAS MAGEE; SANDRA JEAN MENDOZA; LISA DENISE SMITH; BEVERLY THURMAN; DAVID J. ADAMCHICK; JOYCE LIGHTLY; LORETTA PRESSLEY; MELODIE REHM; ERICA SHUNOSKI; CARLA TURNER; and JAMES FANELLI,<br>            Plaintiffs,<br>vs.<br>ELI LILLY AND COMPANY, an Indiana corporation,<br>            Defendant. | Case No.: 2:14-cv-03004-KJM-EFB<br><br>**ORDER GRANTING REQUEST FOR 30-DAY STAY** |

**ORDER**

The Court, having reviewed and considered the Joint Notice of Agreement in Principle to Settle and Request for 30-Day Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The above-captioned action is stayed for 30-days from the date of this Order to allow the Parties to finalize a formal settlement agreement.

**IT IS SO ORDERED.**

DATED: June 9, 2016

_____
UNITED STATES DISTRICT JUDGE