1  David E. Stanley (State Bar No. 144025)
   dstanley@reedsmith.com
2  Alexis A. Rochlin (State Bar No. 280634)
   arochlin@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
5  Facsimile:  +1 213 457 8080

6  Michael X. Imbroscio (*pro hac vice*)
   Phyllis A. Jones (*pro hac vice*)
7  COVINGTON & BURLING LLP
   One CityCenter
8  850 Tenth Street, NW
   Washington, DC 20001-4956
9  Telephone: +1 202 662 6000

10 Attorneys for Defendant
   Eli Lilly and Company

11

12                    UNITED STATES DISTRICT COURT
13              FOR THE EASTERN DISTRICT OF CALIFORNIA
                            SACRAMENTO DIVISION

| | |
|---|---|
| 14  KATRYNA WOLFF; DONALD WILLIAM RUDDELL; JAMES HENERY AMUNDSEN; TONY LABELL HARRISON; MARTIN ADELIDO HERRERA; GLORIA J. JORDAN; PEARLIE MAE MADDOX; DENISE KAY VITAL; WILLIAM GEORGE BOOKER; BOBBI JEAN WOOD; GOLDIE FAYE ANDERSON; JAMES CALDWELL; CHRISTINA and ROBERT BAILEY; PATRICIA ANN JACKSON; WENDY DENESE DANIELS; ARTHUR LEE DAVIS; RONNIE DAVIS; YOLANDA NECOLE JORDAN; SAMUEL EARL SMITH; STEPHEN THOMAS MAGEE; SANDRA JEAN MENDOZA; LISA DENISE SMITH; BEVERLY THURMAN; DAVID J. ADAMCHICK; JOYCE LIGHTLY; LORETTA PRESSLEY; MELODIE REHM; ERICA SHUNOSKI; CARLA TURNER; and JAMES FANELLI,<br>                    Plaintiffs,<br>vs.<br>ELI LILLY AND COMPANY, an Indiana corporation,<br>                    Defendant. | Case No.: 2:14-cv-03004-KJM-EFB<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL 30-DAY STAY**<br><br>Honorable Kimberly J. Mueller |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# **ORDER**

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional 30-Day Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

The above-captioned action is stayed for 30-days from the date of this Order to allow the Parties to finalize a formal settlement agreement.

**IT IS SO ORDERED.**

DATED: July 19, 2016

_____
UNITED STATES DISTRICT JUDGE