REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATRYNA WOLFF; DONALD WILLIAM RUDDELL; JAMES HENERY AMUNDSEN; TONY LABELL HARRISON; MARTIN ADELIDO HERRERA; GLORIA J. JORDAN; PEARLIE MAE MADDOX; DENISE KAY VITAL; WILLIAM GEORGE BOOKER; BOBBI JEAN WOOD; GOLDIE FAYE ANDERSON; JAMES CALDWELL; CHRISTINA and ROBERT BAILEY; PATRICIA ANN JACKSON; WENDY DENESE DANIELS; ARTHUR LEE DAVIS; RONNIE DAVIS; YOLANDA NECOLE JORDAN; SAMUEL EARL SMITH; STEPHEN THOMAS MAGEE; SANDRA JEAN MENDOZA; LISA DENISE SMITH; BEVERLY THURMAN; DAVID J. ADAMCHICK; JOYCE LIGHTLY; LORETTA PRESSLEY; MELODIE REHM; ERICA SHUNOSKI; CARLA TURNER; and JAMES FANELLI,<br>　　　　　　Plaintiffs,<br>vs.<br>ELI LILLY AND COMPANY, an Indiana corporation,<br>　　　　　　Defendant. | Case No.: 2:14-cv-03004-KJM-EFB<br><br>**ORDER RE SETTLEMENT STATUS REPORT**<br><br>Honorable Kimberly J. Mueller |

# **ORDER**

The Court, having reviewed and considered the Joint Notice of Settlement Status and Request for Additional Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1. The Parties are ordered to submit a further status update regarding the global settlement status on **August 1, 2017**.

IT IS SO ORDERED.

DATED: July 6, 2017.

_____
UNITED STATES DISTRICT JUDGE