REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATRYNA WOLFF; DONALD WILLIAM RUDDELL; JAMES HENERY AMUNDSEN; TONY LABELL HARRISON; MARTIN ADELIDO HERRERA; GLORIA J. JORDAN; PEARLIE MAE MADDOX; DENISE KAY VITAL; WILLIAM GEORGE BOOKER; BOBBI JEAN WOOD; GOLDIE FAYE ANDERSON; JAMES CALDWELL; CHRISTINA and ROBERT BAILEY; PATRICIA ANN JACKSON; WENDY DENESE DANIELS; ARTHUR LEE DAVIS; RONNIE DAVIS; YOLANDA NECOLE JORDAN; SAMUEL EARL SMITH; STEPHEN THOMAS MAGEE; SANDRA JEAN MENDOZA; LISA DENISE SMITH; BEVERLY THURMAN; DAVID J. ADAMCHICK; JOYCE LIGHTLY; LORETTA PRESSLEY; MELODIE REHM; ERICA SHUNOSKI; CARLA TURNER; and JAMES FANELLI, | Case No.: 2:14-cv-03004-KJM-EFB<br><br>**ORDER RE FURTHER SETTLEMENT STATUS REPORT AND REQUEST FOR CONTINUED STAY**<br><br>Honorable Kimberly J. Mueller |
| Plaintiffs, | |
| vs. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# **ORDER**

The Court, having reviewed and considered the Further Settlement Status Report and Request for Continued Stay submitted by Plaintiffs and Defendant Eli Lilly and Company (collectively "Parties") and with good cause showing, hereby orders as follows:

1.      This case will remain stayed until **July 15, 2018**.

2.      The Parties are ordered to submit a further status update regarding the global settlement status on **July 1, 2018.**

IT IS SO ORDERED.

DATED:  April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE FURTHER SETTLEMENT STATUS REPORT AND
REQUEST FOR CONTINUED STAY