UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRYNA WOLFF, et al., | No. 2:14-cv-03004-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| ELI LILLY AND COMPANY, an Indiana corporation. | |
| Defendant. | |

This matter came before the court for a status conference on September 27, 2018. Pedrom Esfandiary appeared for plaintiffs; David Stanley for defendant. At the hearing the parties advised the court of the case status and plaintiffs' counsel's intent to withdraw as to remaining plaintiff Donald Ruddell. In light of these discussions, plaintiffs' counsel shall include as part of the forthcoming motion to withdraw the status of the remaining plaintiff in this action, Donald Ruddell, and a record of the most recent communication with Mr. Ruddell. Upon filing the motion, the matter shall be noticed for hearing before the court, and plaintiffs' counsel shall advise Mr. Ruddell of the hearing.

IT IS SO ORDERED.

DATE: October 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

1