UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRYNA WOLFF, et al., | No. 2:14-cv-03004-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

In its October 25, 2019 order, the court explained that any nonparty successor or representative of deceased plaintiff Donald William Ruddell may move for substitution under Federal Rule of Civil Procedure 25(a)(1) within 90 days of counsel's October 3, 2019 filing. ECF No. 76. The court further warned that "[i]f the 90-day period expires without substitution . . ., the court may then dismiss the matter under Rule 25(a)." *Id.* at 2.

As of this order, the 90-day motion period has elapsed without a substitution request. Accordingly, under the authority of Rule 25(a), deceased plaintiff Donald William Ruddell is dismissed without prejudice from this action. *See Gruenberg v. Maricopa Cty. Sheriff's Office*, No. CV 06-0397-PHX-SMM (DKD), 2008 WL 2001253, at *2 (D. Ariz. May 7, 2008) (dismissing action without prejudice under Rule 25(a) where no successor or representative could be located and dismissal did not constitute adjudication on the merits); *Mahon v. Morton Golf, LLC*, No. 2:14-CV-02972-TLN-EFB, 2019 WL 4318582, at *2 (E.D. Cal. Sept. 12, 2019)

1

(noting the court has discretion under Rule 25 to dismiss with or without prejudice). Moreover, because Ruddell was the last remaining plaintiff to this action, the Clerk of Court is directed to close this action in its entirety. *See* ECF No. 27 (order transferring severed plaintiffs to the Southern District of Indiana); ECF No. 57 (stipulation dismissing plaintiff Katryna Wolff pursuant to Rule 41(a)(I)(A)(ii)).

IT IS SO ORDERED.

DATED: February 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE